UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNITED STATES OF AMERICA,

   -against-

_US v DAVID CUEVAS_ Defendant(s).
--------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant _DAVID CUEVAS_ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

_✓_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer


s/Hector Rolando Mendez Bailon, by the Court, w/permission
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Hector Rolando Mendez Bailon
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

                                          Kelley Sharkey
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/10/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge